IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL NO. 3:24-cr-108-DPJ-ASH

CHRISTOPHER MCGEE　　　　　　　18 U.S.C. § 242

**The United States Attorney charges:**

On or about March 23, 2024, in Madison County, in the Northern Division of the Southern District of Mississippi, the defendant, **CHRISTOPHER MCGEE**, while acting under color of law as a Ridgeland Police Officer, slammed arrestee S.B.'s head to a table, while S.B. was being processed into the jail, thereby willfully depriving S.B. of his right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force and seizure by a law enforcement officer.

All in violation of Title 18, United States Code, Section 242.

　　　　　　　　　　　　　　　　　　　　TODD W. GEE
　　　　　　　　　　　　　　　　　　　　United States Attorney